|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | HEIKO P. COPPOLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**
Oct 07, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>920 CRANBROOK COURT, APT. 9, DAVIS, CA 95616 | CASE NO.  2:20-SW-0561 KJN<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated:  October 7, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE